IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02013-NYW-MEH

AMY MCCRAKEN

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS,
ELBERT COUNTY, COLORADO.

Defendant.

## DEFENDANT'S INITIAL 26(a)(1) DISCLOSURES

Defendant, BOARD OF COUNTY COMMISSIONERS, ELBERT COUNTY, COLORADO, by and through their attorneys, Sean J. Lane, William O'Donnell and Brittney Townsley of THE LANE LAW FIRM, P.C., hereby

**A.**  **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. Amy McCraken, c/o NOVO LEGAL GROUP, is Plaintiff in this matter and will have information regarding her claims and alleged damages.

2. Deputy Dustin Pastore, c/o THE LANE LAW FIRM, P.C. may have information regarding the alleged incident.

3. Lt. Chad Church, c/o THE LANE LAW FIRM, P.C. is an employee of Elbert County Sheriff's Office who may have information regarding the alleged incident and policies and procedures of the jail and Sheriff's Office.

4. Deputy Shawn Kessinger, c/o THE LANE LAW FIRM, P.C. is an employee of Elbert County Sheriff's Office who may have information regarding the alleged incident and alleged damages.

5. Deputy Caleb Warren, c/o THE LANE LAW FIRM, P.C. is an employee of Elbert County Sheriff's Office who may have information regarding the alleged incident.

6. Maxwell Imboden, c/o THE LANE LAW FIRM, P.C. may have information regarding Plaintiff's claims and alleged damages.

7. Mike Saunders, c/o THE LANE LAW FIRM, P.C. may have information regarding Plaintiff's claims and alleged damages.

8. Deput Watters, c/o THE LANE LAW FIRM, P.C. may have information regarding Plaintiff's claims and alleged damages.

9. Kelly Davis, c/o THE LANE LAW FIRM, P.C. is an employee of the Elbert County Sheriff's Office who may have information regarding Plaintiff's claims and alleged damages.

10. Any witness necessary to authenticate or lay the foundation for any exhibits Defendants intend to offer at the hearing.

11. Any witness (including experts) endorsed, listed or otherwise identified by any party to this action in any pleading, disclosure, discovery or other document.

12. Defendants reserve the right to disclose additional individuals with discoverable information as discovery and investigation progresses.

## B. DOCUMENTS AND TANGIBLE THINGS[1]

1. Cell Housing History BATES ELB 1-2

2. Global Subject Activity Report BATES ELB 3-4

3. Sally Port Video 7:04

4. Pre Intake Videos

    a. video 1 1:15

    b. video 2 :28

    c. video 3 5:49

    d. video 4 :27

5. Booking A Videos

    a. video 1 2:19

    b. video 2 2:59

    c. video 3 5:34

    d. video 4 :34

    e. video 5 8:59

6. Holding 1 Videos

    a. video 1 3:18

    b. video 2 :23

    c. video 3 :52

    d. video 4 :56

    e. video 5 :22

---

[1] Additional documents may be listed which are not in Defendants' possession or control, but are identified as relevant to potentially disputed facts, although their existence and location are unknown. Defendants do not, to their knowledge, possess or control any "tangible items" relevant to the disputed facts.

f. video 6 :46

g. video 7 :55

h. video 8 :17

I. video 9 :17

j. video 10 :42

k. video 11 :18

l. video 12 :20

m. video 13 :27

n. video 14 :22

o. video 15 :29

p. video 16 1:37

q. video 17 :34

r. video 18 :58

s. video 19 :59

t. video 20 :59

u. video 21 :45

v. video 22 1:17

w. video 23 :28

x. video 24 :41

y. video 25 1:04

z. video 26 2:27

aa. video 27 1:59

bb. video 28 1:17

cc. video 29 1:49

dd. video 30 1:01

ee. video 31 :54

ff. video 32 :18

gg. video 33 :42

hh. video 34 :58

ii. video 35 1:02

jj. video 36 :24

kk. video 37 :34

ll. video 38 1:31

mm. video 39 :51

nn. video 40 2:37

oo. video 41 :40

pp. video 42 :49

qq. video 43 :17

rr. video 44 :30

ss. video 45 :30

tt. video 46 :57

uu. video 47 :59

vv. video 48 :38

ww. video 49 :55

xx. video 50 :27

yy. video 51 1:48

zz.   video 52 :33

aaa.   video 53 4:27

bbb.   video 54 :50

ccc.   video 55 :49

ddd.   video 56 1:25

eee.   video 57 :56

fff.   video 58 :42

ggg.   video 59 :17

hhh.   video 60 :18

iii.   video 61 :18

jjj.   video 62 :17

kkk.   video 63 :13

lll.   video 64 :18

mmm.   video 65 :28

nnn.   video 66 :28

ooo.   video 67 :18

ppp.   video 68 :33

qqq.   video 69 :16

rrr.   video 70 :17

sss.   video 71 :32

ttt.   video 72 :38

uuu.   Video 73 2:53

7. Jail Secure Lobby :35

8. Lobby 3 Hall :29

9. McCraken Disc 1

   a. Jail Entrance 2 :48

   b. JC North Lot 2 :46

   c. Lobby 1 (2) :29

   d. SO North Entry 2 :27

   e. Kitchen-Nurse

      1. Kitchen Nurse 1 2:26

      2. Kitchen Nurse 2 :23

      3. Kitchen Nurse 3 1:01

      4. Kitchen Nurse 4 1:15

      5. Kitchen Nurse 5 :17

      6. Kitchen Nurse 6 :20

      7. Kitchen Nurse 7 1:23

      8. Kitchen Nurse 8 :56

      9. Kitchen Nurse 9 :18

      10. Kitchen Nurse 10 1:37

      11. Kitchen Nurse 11 1:13

      12. Kitchen Nurse 12 1:21

      13. Kitchen Nurse 13 :30

      14. Kitchen Nurse 14 2:20

      15. Kitchen Nurse 15 1:13

  16. Kitchen Nurse 16 :30

  17. Kitchen Nurse 17 1:10

  18. Kitchen Nurse 18 :18

  19. Kitchen Nurse 19 :22

  20. Kitchen Nurse 20 1:08

  21. Kitchen Nurse 21 1:03

  22. Kitchen Nurse 22 :36

  23. Kitchen Nurse 23 2:01

  24. Kitchen Nurse 24 :37

  25. Kitchen Nurse 25 :55

  26. Kitchen Nurse :11

10. McCraken Disc 2

 a. SO North Entry :27

 b. Lobby 1 :29

 c. Jail Entrance :48

 d. JC North Lot :46

 e. Kitchen Nurse

  1. Kitchen Nurse 27 1:20

  2. Kitchen Nurse 28 1:19

  3. Kitchen Nurse 29 2:26

  4. Kitchen Nurse 30 :23

  5. Kitchen Nurse 31 1:01

  6. Kitchen Nurse 32 1:15

      7.      Kitchen Nurse 33 :17

      8.      Kitchen Nurse 34 :20

      9.      Kitchen Nurse 35 1:15

      10.      Kitchen Nurse 36 :56

      11.      Kitchen Nurse 37 :18

      12.      Kitchen Nurse 38 1:37

      13.      Kitchen Nurse 39 1:21

      14.      Kitchen Nurse 40 :30

      15.      Kitchen Nurse 41 2:20

      16.      Kitchen Nurse 42 1:13

      17.      Kitchen Nurse 43 :30

      18.      Kitchen Nurse 44 :18

      19.      Kitchen Nurse 45 :22

      20.      Kitchen Nurse 46 1:08

      21.      Kitchen Nurse 47 1:03

      22.      Kitchen Nurse 48 :36

      23.      Kitchen Nurse 49 2:01

      24.      Kitchen Nurse 50 :37

      25.      Kitchen Nurse 51 :55

      26.      Kitchen Nurse 52 :11

11.    McCraken booking photo jpg

12.    201 AM Phone Call Photo jpg

13.    Incident Report 8/1/2022  BATES ELB 5-19

14. CAD Notes BATES ELB 20-21

15. 2022 Excess Liability Policy BATES ELB 22-87

16. Pleadings filed in this case.

17. Any Document identified in written discovery in this matter.

18. Any document identified in depositions taken in this matter.

19. Any documents identified by Defendants in their disclosures.

20. Any document needed for rebuttal.

Respectfully submitted this October 31, 2024.

By: *s/ Sean J. Lane*
Sean J. Lane, Esq.
William O'Donnell, Esq.
Brittney Townsley, Esq.
**THE LANE LAW FIRM, P.C.**
3131 S Vaughn Way, Suite 220
Aurora, Colorado 80014
Tel: (720) 464-4215
Email: slane@lanelawpc.com
wodonnell@lanelawpc.com
btownsley@lanelawpc.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

  I hereby certify that on this October 31, 2024, a true and correct copy of the above and foregoing **DEFENDANT'S 26(a)(1) INITIAL DISCLOSURES** was, unless otherwise indicated, filed via email to the following:

Aaron Slade, Esq.
NOVO LEGAL GROUP, LLC
4280 Morrison Rd.
Denver, CO 80219
Tel: (303)- 335-0250
Fax: (303)- 296-4586
aslade@novo-legal.com

*A Duly Signed Original is on File at The Lane Law Firm, P.C.*

s/ *Sarah Merrill*
Sarah Merrill