IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02013-NYW-CYC

AMY MCCRAKEN

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS,
ELBERT COUNTY, COLORADO.

Defendant.

---

### DEFENDANT'S RESPONSES TO REQUEST FOR ADMISSION TO PLAINTIFF'S FIRST REQUEST FOR WRITTEN DISCOVERY

---

Defendant, BOARD OF COUNTY COMMISSIONERS, ELBERT COUNTY, COLORADO, by and through their attorneys, Sean J. Lane, William O'Donnell and Brittney Townsley of THE LANE LAW FIRM, P.C., hereby submit the following responses to Plaintiff's First Set of Written Discovery Requests.

### REQUESTS FOR ADMISSION

REQUEST FOR ADMISSION NO. 1

Admit that it was apparent to all persons involved in Plaintiff's arrest, jailing, and release that Plaintiff walked with the assistance of a prosthetic leg.

RESPONSE: Deny.

    Respectfully submitted this January 8, 2025.

By:  s/   Brittney Townsley
Sean J. Lane, Esq.
William O'Donnell, Esq.
Brittney Townsley, Esq.
**THE LANE LAW FIRM, P.C.**
3131 S Vaughn Way, Suite 220
Aurora, Colorado 80014
Tel:  (720) 464-4215
Email: slane@lanelawpc.com
wodonnell@lanelawpc.com
btownsley@lanelawpc.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this January 8, 2025, a true and correct copy of the above and foregoing **DEFENDANT'S RESPONSES TO REQUEST FOR ADMISSION TO PLAINTIFF'S FIRST REQUEST FOR WRITTEN DISCOVERY** was, unless otherwise indicated, filed electronically via email to the following:

Aaron Slade, Esq.
NOVO LEGAL GROUP, LLC
4280 Morrison Rd.
Denver, CO 80219
Tel: (303)- 335-0250
Fax: (303)- 296-4586
aslade@novo-legal.com

*A Duly Signed Original is on File at The Lane Law Firm, P.C.*

s/   Sarah Merrill
Sarah Merrill