IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02013-NYW-MEH

AMY MCCRAKEN

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS,
ELBERT COUNTY, COLORADO.

Defendant.

## DEFENDANT'S FIRST SUPPLEMENTAL 26(a)(1) DISCLOSURES

Defendant, BOARD OF COUNTY COMMISSIONERS, ELBERT COUNTY, COLORADO, by and through their attorneys, of THE LANE LAW FIRM, P.C., hereby submit their First Supplemental Disclosures, pursuant to FED. R. CIV. P. 26(a)(1), as follows:

### A.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

14.    Alex Burris, Address: unknown, telephone: unknown; may have information regarding the alleged incident.

15.    Adam Burris, Address: unknown, telephone: unknown; may have information regarding the alleged incident.

### B.    DOCUMENTS AND TANGIBLE THINGS[1]

21.    Sally Port Video BATES 133 7:04

---

[1] Additional documents may be listed which are not in Defendants' possession or control, but are identified as relevant to potentially disputed facts, although their existence and location are unknown. Defendants do not, to their knowledge, possess or control any "tangible items" relevant to the disputed facts.

22. Pre Intake Videos

   a. Pre-Intake BATES 134 1:15

   b. Pre-Intake BATES 135 :28

   c. Pre-Intake BATES 136 5:49

   d. Pre-Intake BATES 137 :27

23. Booking A Videos

   a. Booking A BATES 138 2:19

   b. Booking A BATES 139 2:59

   c. Booking A BATES 140 5:34

   d. Booking A BATES 141 :34

   e. Booking A BATES 142 8:59

   f. Booking A BATES 143 :22

   g. Booking A BATES 144 9:46

   h. Booking A BATES 145 2:28

   i. Booking A BATES 146 :20

   j. Booking A BATES 147 2:41

   k. Booking A BATES 148 14:06

   l. Booking A BATES 149 :18

   m. Booking A BATES 150 8:24

   n. Booking A BATES 151 :27

   o. Booking A BATES 152 11:40

24. Holding 1 Videos

   a. Holding 1 BATES 153 3:18

b.  Holding 1 BATES 154 :23

c.  Holding 1 BATES 155 :52

d.  Holding 1 BATES 156 :56

e.  Holding 1 BATES 157 :22

f.  Holding 1 BATES 158 :46

g.  Holding 1 BATES 159 :55

h.  Holding 1 BATES 160 :17

l.  Holding 1 BATES 161 :17

j.  Holding 1 BATES 162 :42

k.  Holding 1 BATES 163 :18

l.  Holding 1 BATES 164 :20

m.  Holding 1 BATES 165 :27

n.  Holding 1 BATES 166 :22

o.  Holding 1 BATES 167 :29

p.  Holding 1 BATES 168 1:37

q.  Holding 1 BATES 169 :34

r.  Holding 1 BATES 170 :58

s.  Holding 1 BATES 171 :59

t.  Holding 1 BATES 172 :59

u.  Holding 1 BATES 173 :45

v.  Holding 1 BATES 174 1:17

w.  Holding 1 BATES 175 :28

x.  Holding 1 BATES 176 :41

y. Holding 1 BATES 177 1:04

z. Holding 1 BATES 178 2:27

aa. Holding 1 BATES 179 1:59

bb. Holding 1 BATES 180 1:17

cc. Holding 1 BATES 181 1:49

dd. Holding 1 BATES 182 1:01

ee. Holding 1 BATES 183 :54

ff. Holding 1 BATES 184 :18

gg. Holding 1 BATES 185 :42

hh. Holding 1 BATES 186 :58

ii. Holding 1 BATES 187 1:02

jj. Holding 1 BATES 188 :24

kk. Holding 1 BATES 189 :34

ll. Holding 1 BATES 190 1:31

mm. Holding 1 BATES 191 :51

nn. Holding 1 BATES 192 2:37

oo. Holding 1 BATES 193 :40

pp. Holding 1BATES 194 :49

qq. Holding 1BATES 195:17

rr. Holding 1 BATES 196 :30

ss. Holding 1 BATES 197:30

tt. Holding 1 BATES 198 :57

uu. Holding 1 BATES 199 :59

vv. Holding 1 BATES 200 :38

ww. Holding 1 BATES 201:55

xx. Holding 1 BATES 202 :27

yy. Holding 1 BATES 203 1:48

zz. Holding 1 BATES 204 :33

aaa. Holding 1 BATES 205 4:27

bbb. Holding 1BATES 206 :50

ccc. Holding 1 5 BATES 207 :49

ddd. Holding 1 BATES 208 1:39

eee. Holding 1 BATES 209 1:25

fff. Holding 1 BATES 210 :56

ggg. Holding 1 BATES 211 :42

hhh. Holding 1BATES 212 :17

iii. Holding 1 BATES 213 :18

jjj. Holding 1 BATES 214 :18

kkk. Holding 1 BATES 215 :17

lll. Holding 1 BATES 216 :13

mmm. Holding 1 BATES 217 :18

nnn. Holding 1 BATES 218 :28

ooo. Holding 1 BATES 219 :28

ppp. Holding 1 BATES 220 :18

qqq. Holding 1 BATES 221  :33

rrr. Holding 1 BATES 222 :16

      sss.    Holding 1 70 BATES 223 :17

      ttt.    Holding 1 BATES 224 :32

      uuu.    Holding 1 BATES 225 :38

      vvv.    Holding 1 BATES 226 2:53

25.    Jail Secure Lobby BATES 227 :35

26.    Lobby 3 Hall BATES 228 :29

27.    McCraken Disc 1

    a.    Jail Entrance 2 BATES 229 :48

    b.    JC North Lot 2 BATES 230 :46

    c.    Lobby 1 (2) BATES 231 :29

    d.    SO North Entry 2 BATES 233 :27

    e.    Kitchen-Nurse

        1.    Kitchen Nurse BATES 233 2:26

        2.    Kitchen Nurse BATES 234 :23

        3.    Kitchen Nurse BATES 235 1:01

        4.    Kitchen Nurse BATES 236 1:15

        5.    Kitchen Nurse BATES 237 :17

        6.    Kitchen Nurse BATES 238 :20

        7.    Kitchen Nurse BATES 239 1:23

        8.    Kitchen Nurse BATES 240 :56

        9.    Kitchen Nurse BATES 241 :18

        10.    Kitchen Nurse BATES 242 1:37

        11.    Kitchen Nurse BATES 243 1:13

        12.     Kitchen Nurse BATES 244 1:21

        13.     Kitchen Nurse BATES 245 :30

        14.     Kitchen Nurse BATES 246 2:20

        15.     Kitchen Nurse BATES 2471:13

        16.     Kitchen Nurse BATES 248 :30

        17.     Kitchen Nurse BATES 249 1:10

        18.     Kitchen Nurse BATES 250 :18

        19.     Kitchen Nurse BATES 251 :22

        20.     Kitchen Nurse BATES 252 1:08

        21.     Kitchen Nurse BATES 253 1:03

        22.     Kitchen Nurse BATES 254 :36

        23.     Kitchen Nurse BATES 255 2:01

        24.     Kitchen Nurse BATES 256 :37

        25.     Kitchen Nurse BATES 257 :55

        26.     Kitchen Nurse BATES 258 :11

28.     McCraken Disc 2

    a.     SO North Entry BATES 259 :27

    b.     Lobby 1 BATES 260 :29

    c.     Jail Entrance BATES 261 :48

    d.     JC North Lot BATES 262 :46

    e.     Kitchen Nurse

        1.     Kitchen Nurse BATES 263 1:20

        2.     Kitchen Nurse BATES 264 1:19

3. Kitchen Nurse BATES 265 2:26

4. Kitchen Nurse BATES 266 :23

5. Kitchen Nurse BATES 267 1:01

6. Kitchen Nurse BATES 268 1:15

7. Kitchen Nurse BATES 269 :17

8. Kitchen Nurse BATES 270 :20

9. Kitchen Nurse BATES 271 1:23

10. Kitchen Nurse BATES 272 :56

11. Kitchen Nurse BATES 273 :18

12. Kitchen Nurse BATES 274 1:37

13. Kitchen Nurse BATES 275 1:21

14. Kitchen Nurse BATES 276 :30

15. Kitchen Nurse BATES 277 2:20

16. Kitchen Nurse BATES 278 1:13

17. Kitchen Nurse BATES 279 :30

18. Kitchen Nurse BATES 280 :18

19. Kitchen Nurse BATES 281 :22

20. Kitchen Nurse BATES 282 1:08

21. Kitchen Nurse BATES 283 1:03

22. Kitchen Nurse BATES 284 :36

23. Kitchen Nurse BATES 285 2:01

24. Kitchen Nurse BATES 286 :37

25. Kitchen Nurse BATES 287 :55

26. Kitchen Nurse BATES 288 :11

29. McCraken booking photo BATES 289 jpg

30. 201 AM Phone Call Photo BATES 290 jpg

Respectfully submitted this March 12, 2025.

By: *s/ Brittney Townsley*
Sean J. Lane, Esq.
Brittney Townsley, Esq.
**THE LANE LAW FIRM, P.C.**
3131 S Vaughn Way, Suite 220
Aurora, Colorado 80014
Tel:  (720) 464-4215
Email: slane@lanelawpc.com
           btownsley@lanelawpc.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on this March 12, 2025, a true and correct copy of the above and foregoing **DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURES** was, unless otherwise indicated, filed via email to the following:

Aaron Slade, Esq.
NOVO LEGAL GROUP, LLC
4280 Morrison Rd.
Denver, CO 80219
Tel: (303)- 335-0250
Fax: (303)- 296-4586
aslade@novo-legal.com

                                            *A Duly Signed Original is on File at The Lane Law Firm, P.C.*

                                            s/   Sarah Merrill
                                            Sarah Merrill