IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-CV-02013-NYW-CYC

AMY MCRAKEN,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, ELBERT COUNTY, COLORADO,

    Defendant.

## DEFENDANT'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff Amy McCraken, by and through her undersigned counsel, submits her Request for Production of Documents pursuant to Fed. R. Civ. P. 33, 34, and 36, to be answered within thirty days of service.

## DEFINITIONS

1.     "All" means any and all.

2.     "Any" means each and every.

3.     As used herein, "or" shall include "and/or."

4.     "Person" includes a natural person, firm, association, organization, partnership, business trust, corporation, or public entity.

5.     "Relating to" or "relates to" or "related to" or "concerning" mean constituting, evidencing, describing, regarding, or referring to.

6. "Documents" means documents in the broadest sense and includes, without limitation, written material of whatever kind or nature, whether typed, printed, handwritten or otherwise produced, including, without limitation, court records, letters, memoranda, notes, contracts, bills, invoices, photographs, photostats, photocopies, audio or video recordings, and electronic data compilations, including computerized files, database records, "voicemail" or "text message" recordings, and "electronic mail" or "e-mail" messages, however stored, kept, or maintained.

7. "Identify," when used regarding a person, means to state that person's full name, last known address, telephone number, and if the person is not a natural person, to state in addition the person's organizational nature (e.g., corporation, partnership, etc.), and to state the name of the officer, agent or employee acting on behalf of the non-natural person.

8. "Identify," when used regarding a document means, whether the document is presently in your custody, control, or possession, to describe the document (e.g., letter, memorandum, report, correspondence, e-mail, etc.), state the date of the document, the date the document was prepared, to identify the person who prepared the document, to identify all signatories to the document, and to identify all persons having custody of the original or a copy of the document.

9. "Elbert County" means the Elbert County, Colorado government, its employees, agents, and anyone acting on its behalf.

10. "ECSO" means the Elbert County Sheriff's Office, its employees, agents, and anyone acting on its behalf.

## **INSTRUCTIONS**

1. Each interrogatory, request for admission, and request for production of documents set forth in these discovery requests should be answered/responded to separately and fully in writing, under oath, within thirty days of service in accordance with the Federal Rules of Civil Procedure.

2. In answering the following requests and interrogatories, you are to furnish all information that is available to you.

3. An answer or other appropriate response must be given to each discovery request.

4. If there is any discovery request that you cannot answer in its entirety, or for which you cannot provide the exact information requested, please:

   a. Answer all of the discovery requests to which you have or can obtain the information requested, and provide the information requested to the extent you know or can obtain the information;

   b. Provide your most complete account of all information requested which you do not know and cannot obtain, including but not limited to, any names or dates for which you lack exact information;

   c. Describe in detail the basis of this information;

   d. Identify each document, person or communication upon which information is based.

5. If any document requested was in existence or available to you but no longer is in existence or available to you, then, with respect to each such document, please:

   a. Describe the nature of the document (letter, memorandum, etc.);

   b. State the date of the document;

   c. Identify the person or persons who sent and received the original and copies of the document;

   d. State in as much detail as possible the contents of the document; and

   e. State the circumstances under which the document was lost, destroyed, or otherwise became unavailable.

6. If you object to any request or interrogatory, state the reasons for the objection and answer to the extent the request is not objectionable.

7. Pursuant to Fed. R. Civ. P. 26(e), in the event that any information comes to the attention, possession, custody, or control of any of you or your employees, representatives, or agents subsequent to the service of your responses, those responses shall be supplemented.

## REQUESTS FOR PRODUCTION

### No.10

Produce all Elbert Count and/or ECSO policies, procedures, training materials, documents, directives, orders, memoranda, or other written product related to ECSO identifying persons who are at-risk of harm, accommodating persons who are at-risk of harm and protecting person who are at-risk from harm.

4

**Response**: Defendant objects to this request as it is vague, overly broad, unduly burdensome, and calls for information not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said objections, see BATES ELB327- 1486.

<u>**No.11**</u>

All documents reviewed or relied upon to prepare for this deposition by the person(s) designated regarding matters 1-11 described in the deposition notice.

**Response**: Defendant reserves the right to modify or supplement these responses as discovery requires. See BATES ELB327-1486.

Respectfully submitted this April 21, 2025.

By: *s/     Brittney Townsley*
Sean J. Lane, Esq.
Brittney Townsley, Esq.
**THE LANE LAW FIRM, P.C.**
3131 S Vaughn Way, Suite 220
Aurora, Colorado 80014
Tel:  (720) 464-4215
Email:  slane@lanelawpc.com
btownsley@lanelawpc.com

ATTORNEYS FOR DEFENDANT

5

**CERTIFICATE OF SERVICE**

    I hereby certify that on this April 21, 2025, a true and correct copy of the above and foregoing **DEFENDANT'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS** was, unless otherwise indicated, filed electronically via email:

Aaron Slade, Esq.
NOVO LEGAL GROUP, LLC
4280 Morrison Rd.
Denver, CO 80219
Tel: (303)- 335-0250
Fax: (303)- 296-4586
aslade@novo-legal.com

*A Duly Signed Original is on File at The Lane Law Firm, P.C.*

s/   *Sarah Merrill*
Sarah Merrill

6